



AO 91 (Rev. 11/11) Criminal Complaint

AUSA Brian Hayes (312) 886-2447

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

FLORIN NICOLAE TARTA,
RAUL MACARON, and
LEONID GRIGORE SMETANCA

CASE NUMBER: 24 CR 165

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between on or about August 2023 and March 2024, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1349 | Conspiring to commit bank fraud, in violation of Title 18, United States Code, Section 1344(1) |

This criminal complaint is based upon these facts:

 X  Continued on the attached sheet.

Justin Slade
Special Agent, FBI

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: April 1, 2024      4:00pm

Judge's signature

City and state: Chicago, Illinois

JEFFREY COLE, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**AFFIDAVIT**

I, JUSTIN SLADE, being duly sworn, state as follows:

## I.    BACKGROUND OF AFFIANT

1.    I am a Special Agent with the Federal Bureau of Investigation. I have been employed as an FBI Special Agent since approximately August 2020. I am currently assigned to FBI's Organized Crime/Criminal Enterprise Squad in Chicago, Illinois. My current responsibilities include the investigation of white-collar crime, including access device, wire, and bank fraud.

## II.    BASIS AND PURPOSE OF AFFIDAVIT

2.    This affidavit is made in support of a criminal complaint charging that between on or about August 2023 and March 2024, FLORIN NICOLAE TARTA, RAUL MACARON (also known as "Radu"), and LEONID GRIGORE SMETANCA (the "**Subjects**") conspired to violate Title 18, United States Code, Section 1344(1), in violation of Title 18, United States Code, Section 1349 (the "Subject Offense"). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging the **Subjects** with the **Subject Offense**, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish

1

probable cause to believe the **Subjects** committed the offenses alleged in the complaint.

3.      This affidavit is based on my personal knowledge and experience, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts.

### III.   SUMMARY

4.      In summary and as described more fully below, since approximately September 2023, the FBI has been investigating a card skimming[1] operation occurring in the Chicago area and elsewhere, including in the states of Kansas and New Jersey. According to source reporting and information obtained through interviews, TARTA, SMETANCA, and MACARON were historically involved in card skimming and were recently card skimming in multiple states in the United States. Utilizing CCTV from numerous Bank of America (BOA) locations and information provided by BOA/Merrill Lynch, the FBI believes the **Subjects** have conducted

---

[1] Based on my training and experience, the training and experience of other law enforcement officers, and confidential source reporting, I believe card skimming is the act of placing a skimming device on an ATM which records card information, including the account number associated with the card. Usually, a hidden camera is placed on the ATM to observe the ATM user inputting their PIN (authentication feature). Later, the skimming device and camera are removed. Data is extracted from the skimming device. That data is used to encode a duplicate card using a device that can record data on the magnetic strip of a card. Footage from the camera provides PIN numbers for each respective card. Criminals then take the duplicate card, insert the duplicate card into an ATM, enter the PIN on the ATM, and access victim funds.

fraudulent transactions utilizing fraudulently obtained card information and authentication features to access victim funds at bank ATMs.

## IV.    STATEMENT OF PROBABLE CAUSE

*Background*

5.      In May 2023, the FBI executed a search warrant on Individual A's premises and other property. The FBI found, among other things, cellular devices, computers, skimming devices, and skimming device manufacturing equipment and materials. The FBI performed an analysis of one of Individual A's cellular devices. That cellular device contained two Telegram[2] chats in which Individual A and individuals identified in the chats as "Mazare" and "Sergiu C" discussed the sale of a skimming device and skimming device equipment. Those chats occurred between approximately February 2023 and May 2023.

*Information provided by Individual A*

6.      In September 2023, the FBI interviewed Individual A.[3] Individual A provided the following information:

_____

[2] Telegram is an online messaging and call communication application.

[3] Individual A provided information under the terms of a proffer agreement with the government. Individual A was charged with felony offenses related to the manufacturing and sale of skimming devices, and agreed to a proffer agreement in an effort to reduce his/her sentence.

a.     "Mazare" and "Sergiu C" were the same individual, known to him as RADU. Individual A sold RADU a skimming device. In the chats, RADU gave Individual A an address at 152-31 Roosevelt Avenue, Flushing, New York.

b.     Individual A previously sold a skimming device to an individual named TARTA.

7.     In December 2023, the FBI asked Individual A to observe a Facebook profile image of FLORIN TARTA,[4] absent identifying information. Individual A informed the FBI that the individual depicted was TARTA. Individual A stated that TARTA was previously involved in skimming.

*Information provided by CS-1*

8.     In September 2023, CS-1[5] informed the FBI of a male individual named FLORIN TARTA. TARTA informed CS-1 that TARTA was card skimming in the Chicago area. CS-1 provided Facebook images for a profile under the name FLORIN TARTA. CS-1 stated the individual in the image was the FLORIN TARTA skimming in Chicago.

---

[4] The Facebook profile image was obtained from CS-1, as described in paragraph 8.

[5] CS-1 has been an FBI source for over three years and has provided reliable information to the FBI on numerous occasions. Although CS-1 has admitted participating in criminal conduct, s/he has not been charged with any crimes. Additionally, CS-1, who is not a U.S. citizen, is receiving immigration benefits from the government in the form of deferred removal proceedings and employment authorization while s/he is cooperating.

4

9.     In October 2023, CS-1 was asked by law enforcement to observe a photo of MACARON.[6] CS-1 recognized MACARON to be an individual known as RADU. CS-1 stated RADU was involved in card skimming and was friends with TARTA.

10.     In October 2023, CS-1 informed the FBI that CS-1 spoke with TARTA on the phone. According to CS-1, TARTA said he was conducting card skimming alone and was skimming from ATMs.

*TARTA's Installation of Card Skimming Device*

11.     Data provided by Bank of America/Merrill Lynch (hereinafter BOA/ML) revealed, on August 18, 2023, TARTA installed a skimming device and camera on the BOA ATM located at 1167 N State Street, Chicago, Illinois. TARTA was accompanied by MACARON. See images below:[7]

---

[6] The photo of MACARON was provided by Bank of America/Merrill Lynch (BOA/ML) related to fraudulent transactions conducted on multiple BOA/ML customer cards. The FBI identified the individual depicted in the photo by comparing it to MACARON's Romanian passport and arrest report which was obtained upon his arrest in March 2024 by Westfield Police Department (New Jersey).

[7] Images shown in this affidavit are still shots produced by a factory ATM camera or a BOA facility camera.



a.



b.



c.



d.



e.



f.

g. 

h. 

12.     Based on my training and experience, the training and experience of

other law enforcement, and confidential source information, and my observation of

9

the actions of TARTA manipulating these materials and devices at the ATM as depicted in the surveillance photos, I believe:

     a.     the item seen above in image b, circled in blue, is a skimming device;

     b.     the item seen in image c, circled in red, is a skimming device installer and/or extractor;

     c.     the item in TARTA's hand, seen in images d and e, is a camera; and

     d.     that TARTA installed a skimming device inside the card slot of the ATM and a camera at the top of the ATM to record card users inputting their PINs at the BOA ATM located at 1167 N State Street.

*Removal of Card Skimming Device*

13.     On October 5, 2023, the FBI surveilled TARTA. TARTA was observed wearing a light blue shirt and green sweatpants, and carrying a yellow cylindrical object. TARTA entered the BOA ATM room located at 1167 N State Street, Chicago, Illinois. The FBI observed TARTA manipulating the ATM. Moments later, TARTA was observed walking away from the BOA.

14.     Data provided by BOA/ML revealed, on October 5, 2023, TARTA removed a skimming device from the BOA ATM located at 1167 N State Street, Chicago, Illinois. See below for images:



a.



b.



c.



d.

12

15.     The item seen in images b and d, circled in red, appear to be a tool used to install and/or extract card skimming devices. Based on my training and experience, the training and experience of other law enforcement, and confidential source information, the material and device manipulated by TARTA, and TARTA's movements at the ATM, I believe it is likely TARTA removed a skimming device from inside the card slot of the ATM.

*Fraudulent Transactions Conducted by TARTA*

16.     According to BOA/ML records, on October 4, 2023, the following withdrawals fraudulent transactions[8] occurred using a card ending in 4093 at the listed dates and times (EST) at a Bank of America ATM located at 300 S Wacker Drive, Chicago, Illinois:

      a.    $1,000.00    10/4/2023    23:03:27

      b.    $1,000.00    10/4/2023    23:04:23

      c.    $500.00    10/4/2023    23:06:10

17.     According to records provided by BOA/ML, TARTA was present at the ATM when transactions a-c were conducted. See below for images[9]:

---

[8] Records obtained from BOA/ML identify the accountholder(s) for each of the fraudulent transactions described in this affidavit. TARTA, MACARON, and SMETANCA were not accountholders for any of the accounts on which fraudulent transactions were conducted.

[9] The times of the images are listed in CST, due to the ATMs being located in the Central time zone. Therefore, they are an hour behind the transaction times listed in EST.



10/04/2023 22:03:20.96
WU ATM ILN0871 IP
Surveillance
300-S-Wacker-112373

a.



10/04/2023 22:04:28.95
WU ATM ILN0871 IP
IILN0871
300-S-Wacker-112373

b.

14



c.

18. According to BOA/ML records, on November 25 and 26 of 2023, the following withdrawals occurred on a card ending in 5798 at the listed locations, dates, and times (EST) at Bank of America ATMs:

7500 Lemont Road, Woodridge, Illinois

      a.    $1,000.00    11/25/2023   23:07:44

      b.    $1,000.00    11/25/2023   23:09:39

      c.    $480.00      11/25/2023   23:10:24

6500 W Irving Park Road, Chicago, Illinois

      d.    $1,000.00    11/26/2023   11:09:53

19. According to records provided by BOA/ML, TARTA was present at the ATM when transactions a-d were conducted. See below for images:

15



a.



b.

16



Date: 11/25/2023 22:07:44.00
Camera: WU ATM IILH1143 IP
Event: IILH1143
DVR: Woodridge-112719

c.



Date: 11/26/2023 10:09:53.35
Camera: WU ATM IILD8285 IP
Event: IILD8285
DVR: IRVING-PARK-ATM-112632

d.

20.     According to BOA/ML records, on January 7, 2024, the following fraudulent transaction occurred on a card ending in 7900 at the listed date and time (EST) at Bank of America ATM located at 221 Clark Street, Westfield, New Jersey:

    a.    $1,000.00    01/07/2024    00:24:14

21.     According to records provided by BOA/ML, TARTA was present at the ATM when transaction a was conducted. See below for image:



a.

22.     According to BOA/ML records, on January 7, 8, 9, and 16 of 2024, the following fraudulent transactions occurred on a card ending in 0398 at the listed locations, dates, and times (EST) at Bank of America ATMs:

101 South Avenue W, Cranford, New Jersey

     a.     $1,000.00    01/07/2024    00:47:23

     b.     $1,000.00    01/07/2024    00:48:10

     c.     $500.00     01/07/2024    00:50:05

     d.     $1,000.00    01/08/2024    00:34:47

     e.     $1,000.00    01/08/2024    00:35:34

     f.     $500.00     01/08/2024    00:37:56

     g.     $1,000.00    01/09/2024    00:02:02

     h.     $1,000.00    01/09/2024    00:02:51

     i.     $500.00     01/09/2024    00:03:37

101 South Avenue W, Cranford, New Jersey (drive-thru)

     j.     $1,000.00    01/16/2024    00:03:36

     k.     $1,000.00    01/16/2024    00:04:27

     l.     $500.00     01/16/2024    00:05:22

23.    According to records provided by BOA/ML, TARTA was present at the ATM when transactions a-l were conducted. See below for images[10]:

_____

[10] The times of the images are listed in EST, due to the ATMs being located in the Eastern time zone.



Date: 01/07/2024 00:47:23.06
Camera: WU ATM INJH6519 IP
Event: Surveillance
DVR: Cranford-142129

a.



Date: 01/07/2024 00:48:10.56
Camera: WU ATM INJH6519 IP
Event: INJH6519
DVR: Cranford-142129

b.



Date: 01/07/2024 00:50:05.60
Camera: WU ATM INJH6519 IP
Event: INJH6519
DVR: Cranford-142129

c.



Date: 01/08/2024 00:34:47.67
Camera: WU ATM INJH6519 IP
Event: INJH6519
DVR: Cranford-142129

d.

21



e.



f.



g.



h.

23



Date: 01/09/2024 00:03:37.47
Camera: WU ATM INJH6519 IP
Event: INJH6519
DVR: Cranford-142129

i.



Date: 01/16/2024 00:03:36.13
Camera: DU ATM INJH6520 IP
Event: Surveillance
DVR: Cranford-142129

j.

24



k.



l.

*Fraudulent Transactions Conducted by MACARON*

24.     According to BOA/ML records, on October 4 and 5 of 2023, the following

withdrawals occurred on a card ending in 4086 at the listed dates and times (EST) at

a Bank of America ATM located at 300 S. Wacker Drive, Chicago, Illinois:

a.  $1,000.00    10/4/2023    23:06:30

b.  $1,000.00    10/4/2023    23:07:29

c.  $500.00      10/4/2023    23:08:26

d.  $1,000.00    10/5/2023    07:27:15

e.  $1,000.00    10/5/2023    07:28:12

f.  $500.00      10/5/2023    07:29:17

25.  According to records provided by BOA/ML, MACARON was present at the ATM when transactions a-f were conducted. See below for images:



a.



b.



c.



d.



e.



f.

26. Review of image f revealed, MACARON, wearing a black hoodie, was accompanied by TARTA, wearing a dark colored jacket with sunglasses. As detailed above, TARTA, wearing similar clothing, was also present at 300 S Wacker around the same time when MACARON conducted transactions a-c.

27. According to BOA/ML records, on November 5, 2023, the following fraudulent transactions occurred on a card ending 8255 at the listed dates and times (EST) at a Bank of America ATM located at 3350 W Diversey Avenue, Chicago, Illinois:

a.   $1,000.00   11/05/2023   11:50:46

b.   $1,000.00   11/05/2023   11:51:50

c.   $500.00   11/05/2023   11:52:52

28.   According to records provided by BOA/ML, MACARON was present at the ATM when transactions a-c were conducted. See below for images:



a.



b.



c.

29.     According to BOA/ML records, on November 26, 2023, the following fraudulent transactions occurred on a card ending 1200 at the listed dates and times (EST) at a Bank of America ATM located at 6500 W Irving Park Road, Chicago, Illinois:

a.     $1,000.00     11/26/2023     23:24:03

b.     $1,000.00     11/26/2023     23:25:02

c.     $500.00       11/26/2023     23:25:59

30.     According to records provided by BOA/ML, MACARON was present at the ATM when transactions a-c were conducted. See below for images:



a.



b.

32



c.

*Fraudulent Transactions Conducted by MACARON and GRIGORE SMETANCA*

31. According to BOA/ML records, on August 20, 2023, the following fraudulent transaction occurred on a card ending 4602 at the listed date and time (EST) at a Bank of America ATM located at 4671 W Irving Park Road, Chicago, Illinois:

     a.    $1,000.00    08/20/2023    12:06:55

32. According to records provided by BOA/ML, SMETANCA, accompanied by MACARON, was present at the ATM when transaction a was conducted. See below for images:



a.



b.



c.

33. According to BOA/ML records, on September 3, 4, and 5 of 2023, the following fraudulent transactions occurred on a card ending 7994 at the listed locations, dates, and times (EST) at Bank of America ATMs:

5200 W Fullerton Avenue, Chicago, Illinois

    a.    $1,000.00    09/03/2023    23:29:03

    b.    $1,000.00    09/03/2023    23:30:23

4671 W Irving Park Road, Chicago, Illinois

    c.    $1,000.00    09/04/2023    15:28:02

    d.    $1,000.00    09/04/2023    15:29:21

3350 W Diversey Avenue, Chicago, Illinois

    e.    $1,000.00    09/05/2023    00:20:35

     f.    $1,000.00    09/05/2023    00:21:53

34.    According to records provided by BOA/ML, SMETANCA, was present at the ATM when transactions a-b were conducted. See below for images:



    a.



Date: 09/03/2023 22:30:23 34
Camera: DU ATM IILD8254 IP
Event: IILD8254
DVR: Fullerton-112231

b.

35.     According to records provided by BOA/ML, MACARON, was present at the ATM when transactions c-f were conducted. See below for images:

37



Date: 09/04/2023 14:28:02.57
Camera: WU ATM IILN8360 IP
Event: IILN8360
DVR: Six-Corners-132017

c.



Date: 09/04/2023 14:29:21.07
Camera: WU ATM IILN8360 IP
Event: Surveillance
DVR: Six-Corners-132017

d.

38



e.



f.

*Fraudulent Transactions Conducted by Subject 1*

36.     According to BOA/ML records, on October 10, 2023, the following

fraudulent transactions occurred on a card ending 9995 at the listed date and time

39

(EST) at a Bank of America ATM located at 4671 W Irving Park Road, Chicago, Illinois:

    a.    $1,000.00    10/10/2023    00:50:17

    b.    $1,000.00    10/10/2023    00:51:16

    c.    $500.00    10/10/2023    00:52:23

37.    According to records provided by BOA/ML, Subject 1, accompanied by SMETANCA, was present at the ATM when transactions a-c were conducted. See below for images:



a.



b.



10/09/2023 23:52:46.91
WU ATM IILN2252 IP
Surveillance
Six-Corners-132017

c.

38.     According to BOA/ML records, on October 10 and 11 of 2023, the

following fraudulent transactions occurred on a card ending 3305 at the listed date

and time (EST) at a Bank of America ATM located at 3051 N Clark Street, Chicago,

Illinois:

a.      $1,000.00      10/10/2023      23:32:46

b.      $1,000.00      10/10/2023      23:33:50

c.      $500.00        10/10/2023      23:34:53

d.      $1,000.00      10/11/2023      00:01:08

e.      $1,000.00      10/11/2023      00:02:15

f.      $500.00        10/11/2023      00:03:17

42

39.     According to records provided by BOA/ML, Subject 1, accompanied by SMETANCA, was present at the ATM when transactions a-f were conducted. See below for images:



a.



10/10/2023 22:33:10.88
WU ATM IILN1924 IP
Surveillance
Clark-Barry-112232

b.



10/10/2023 22:34:21.87
WU ATM IILN1924 IP
Surveillance
Clark-Barry-112232

c.

44

*Arrest of SMETANCA in Kansas*

40.     On March 8, 2024, SMETANCA was arrested in Shawnee, Kansas by Shawnee Police Department (SPD) pursuant to an investigation into card skimming activity. According to police reports from SPD case number 2401066, SPD's investigation revealed the following:

a.      A victim reported a fraudulent transaction occurred on their debit card at approximately 8:21 am on March 1, 2024 at a CVS located in Shawnee, Kansas. The victim indicated they had the card in their possession at the time of the transaction.

b.      Review of CVS surveillance footage revealed SMETANCA attempted multiple transactions on the aforementioned CVS ATMs between approximately 8:21 am to 8:25 am, on March 1, 2024, receiving cash numerous times.

c.      Review of traffic camera footage revealed, after departing CVS, SMETANCA entered a gray car. That gray car later passed by a license plate reading camera which indicated its' license plate was 9ECS397.

d.      Later, 9ECS397 was spotted and SPD conducted an occupied vehicle check. Observed in 9ECS397 were SMETANCA, passenger, and Individual A, driver. SMETANCA was arrested and subsequently charged with Identity Theft, Kansas Statute 21-6107.

e.      On March 13, 2024, a state search warrant was executed on 9ECS397. SPD found, among other things, two types of skimming devices, a camera

45

and a card reader. Additionally, SPD found numerous VISA gift cards which had four digits written on the back of each.

   f.  Later, SPD ran the VISA gift cards through a card reader. The information provided by the card reader indicated the cards were encoded with numbers which were different than the numbers physically printed on the cards.

  41.  On March 13, 2024 and March 15, 2024, the FBI interviewed SMETANCA. SMETANCA provided the following information:[11]

   a.  SMETANCA had been skimming in the United States since approximately 2021. SMETANCA was skimming in Chicago between August 2023 and November 2023.

   b.  SMETANCA was given the opportunity to observe images of TARTA, MACARON, and Subject 1, absent identifying information. SMETANCA stated the individuals depicted in the images of TARTA, MACARON and Subject 1 were individuals who gave SMETANCA the cards. SMETANCA did not know their true names. SMETANCA believed they obtained the card information by putting devices on ATMs which copied card information. They downloaded the information from the devices using a computer program and made cards using the information.

---

[11] My summary of SMETANCA's statements is based upon my review of the video-recorded interviews, including the translation of SMETANCA's statement as provided by an FBI interpreter who participated in the interviews. Official translations of the video-recorded interviews have not yet been completed.

c.    SMETANCA would go to ATMs located at Bank of America, CVS, and Walgreens[12] with the individuals who provided the cards (hereinafter card providers). Card providers gave SMETANCA gift cards which were encoded with victim card information and had the corresponding pin written on them. After putting the pin into the ATM, SMETANCA withdrew cash. SMETANCA took 15% of the cash and relinquished 85% to the card providers.

d.    SMETANCA was given the opportunity to observe the image shown in Paragraph 32(a). SMETANCA indicated SMETANCA was conducting a fraudulent transaction.[13] Later, SMETANCA was given the opportunity to observe other images of SMETANCA at the same ATM, around the same time as that depicted in the image in Paragraph 32(a). SMETANCA was informed that the FBI wished to question SMETANCA regarding numerous instances of fraudulent transactions for which the FBI had similar images. SMETANCA indicated that, if the pictures were real, then they depicted SMETANCA conducting fraudulent transactions.

e.    SMETANCA stated that his only infraction was taking money out. SMETANCA stated he did not put devices on.

---

[12] SMETANCA used the term robots when referring to ATMs at CVS and Walgreens.

[13] In addition to his self-identification, I have reviewed CBP/ICE records which include photographs of SMETANCA. I believe the individual I interviewed named SMETANCA is the same individual depicted in those CBP/ICE records.

f.      After being asked how SMETANCA was instructed to avoid law enforcement, SMETANCA indicated he was told to make sure to switch locations often, don't hang out, and not to go a second time to an ATM.

*Arrest of TARTA and MACARON in New Jersey*

42.      On March 29, 2024, TARTA and MACARON were arrested in Westfield, New Jersey by Westfield Police Department (WPD) pursuant to an investigation into card skimming activity. According to WPD police reports from case numbers 24-11734 and 24-13233, WPD's investigation revealed the following:

a.      On March 29, 2024, WPD received a victim complaint indicating multiple fraudulent ATM transactions had recently occurred on their card at a CVS and Walgreens located in Westfield, NJ. The victim reviewed their bank account and discovered 11 fraudulent transactions, totaling approximately $2,600 and occurring between the dates of 3/11/24 and 3/15/24. The victim indicated they frequently used the Bank of America ATM located at 221 Clark Street, Westfield, NJ.[14] Further, the victim indicated they had just one debit card which was in their possession at the times of the fraudulent transactions.

---

[14] The ATM located at 221 Clark Street, Westfield, NJ is the same ATM TARTA was observed utilizing to conduct the fraudulent transaction in paragraph 21(a).

b. WPD responded to the Walgreens location and observed surveillance video of TARTA enter the Walgreens seconds before a fraudulent transaction is conducted and leave the Walgreens soon thereafter.

c. WPD then went the Bank of America ATM located at 221 Clark Street. WPD inspected the ATM and located a skimming device camera on the facia of the ATM. The device was removed and placed into an evidence bag. Later, WPD inspected the ATM card reader and located a second skimming device.

d. Later, on March 29, 2024, WPD conducted surveillance at 221 Clark Street. WPD observed a vehicle turn onto Ludlow Street, near 221 Clark Street. A short time later, WPD observed TARTA walk from Ludlow Street and approach the ATM and examine it. TARTA was observed touching the top area of the ATM where a skimming device, which was removed by WPD, was previously placed. WPD approached TARTA, announced themselves as police officers, and advised TARTA that he was under arrest. TARTA physically resisted and reached for his waistline and pockets. WPD gained TARTA's compliance and placed TARTA under arrest. During the arrest, a large sum of $100 bills were dropped by TARTA.

e. On Ludlow Street, WPD located the vehicle which was previously observed turning onto Ludlow Street. WPD observed MACARON occupying the driver seat. WPD placed MACARON under arrest.

f. TARTA was subsequently charged with the following New Jersey statutes: 1) 2C:21-6D(1) – credit card fraud use forged card; 2) 2C:21-6D(2) – credit

49

card crime claim holder; 3) 2C:21-6G – credit card crime received value; 2C:21-6H – credit card theft fraudulent use; 4) 2C:21-6.1B(1) – credit card scan device to read; 5) 2C: 29-2A(3)(A) – resisting arrest.

g.      MACARON was charged with the following New Jersey statutes: 1) 2C:21-6D(1) – credit card fraud use forged card; 2) 2C:21-6D(2) – credit card crime claim holder; 3) 2C:21-6G – credit card crime received value; 2C:21-6H – credit card theft fraudulent use; 4) 2C:21-6.1B(1) – credit card scan device to read.

*Immigration Statuses*

43.    Records and information provided by Immigrations and Customs Enforcement (ICE) and Customs and Border Protections (CBP) indicate the following:

a.      TARTA, MACARON, SMETANCA are in the United States illegally.

b.      TARTA was removed from the United States in 2019. CBP has no record of TARTA's legal re-entry into the United States. TARTA has no visa authorizing entry to the United States.

c.      CBP has no record of MACARON's legal entry into the United States. Additionally, a review of MACARON's passport revealed a CBP NYC entry stamp. CBP NYC indicated the entry stamp was fake.

d.      CBP has no record of SMETANCA's legal entry into the United States. SMETANCA has no visa authorizing entry to the United States.

## V.     CONCLUSION

44.     Based on the above information, I respectfully submit that there is probable cause to believe that the **Subjects** committed the **Subject Offense**. I therefore respectfully request that this Court issue a criminal complaint and arrest warrants for TARTA, MACARON, and SMETANCA.

FURTHER AFFIANT SAYETH NOT

JUSTIN SLADE
Special Agent, FBI

Subscribed and sworn to before me
by phone on April 1, 2024

JEFFREY COLE
United States Magistrate Judge

51