

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                312-435-5670
**Clerk**

Date: 8/7/2025                              Case Number: 1:24-cr-00165-1

Case Title:  USA v. Tarta, et al

Judge:  LaShonda A. Hunt

### DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW

☐ Document entered in error.

☑ Document withdrawn or removed per court order [161 ] of Judge  LaShonda A. Hunt

☐ Incorrect Document linked.

☐ Other:

☐ Removed per IOP30(b).

Thomas G. Bruton, Clerk

By: /s/ V. DioGuardi
Deputy Clerk

Rev. 11/29/2016